**FILED**

10/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0591



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### OP 24-0591

ROBERT LEE REICH,

        Petitioner,

v.

RAY VAUGHN, Captain,
Butte-Silver Bow Detention Center,

        Respondent.

GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE

      Motion to proceed without payment of the filing fee in this matter is
**GRANTED.**

      DATED: October 7, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court